requiring plaintiff to give the particulars as stated in order, and as so modified affirmed, without costs. The bill of particulars to be filed within twenty days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CRITERION HOLDING COMPANY, INC., Respondent, v. WESTFORD OPERATING COMPANY, INC., and PHILIP STEIN, Appellants, Impleaded with Others.— Order modified by providing only that the defendants, appellants, on demand exhibit to the receiver whenever required by him all leases, agreements and memoranda relating to the renting, letting or demising of any and all of the apartments on the premises which are the subject of the present action, and that the receiver be permitted to take copies thereof, if he so desires, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD P. WHELAN, Respondent, v. THE PENNSYLVANIA COMPANY FOR INSURANCES ON LIVES AND GRANTING ANNUITIES and CHARLES A. GARLAND, as Executors of the Estate of WILLIAM H. ALEXANDER, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL L. WEISS, Respondent, v. SAKS STAMPING COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY GUTTAG and JULIUS GUTTAG, Respondents, v. NATIONAL SURETY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHANIEL S. WORTH, Appellant, v. CHARLES FLAUM, Defendant, and LILLIAN FINSTONE and LOUIS FINSTONE, as Executors, etc., of MARX FINSTONE, Deceased, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM BARRISON.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SYDNEY DE BOURG.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SALVI GOLDENBERG.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACK LEVY.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WALTER T. BRANDON.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB HERMAN v. ADOLPH ECKSTEIN.— Motion to dismiss appeal granted, with